IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY SEALS                                                                    PLAINTIFF

v.                              No. 3:15-cv-59-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA; CIGNA GROUP
INSURANCE; and VISKASE COMPANIES, INC.             DEFENDANTS

ORDER

The Court confirms Seals's pre-answer dismissals without prejudice of Cigna Group Insurance and Viskase Companies, Inc. And the Court appreciates the parties sorting out these issues now. The Court directs the Clerk to terminate Cigna and Viskase as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2015