IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY SEALS                                                                PLAINTIFF

v.                              No. 3:15-cv-59-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA                                                    DEFENDANT

### ORDER

The agreed stipulation of dismissal, № 21, is noted. Seals's claims against Life Insurance Company of North America are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2015