IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY SEALS                                                                              PLAINTIFF

v.                                     No. 3:15-cv-59-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA; CIGNA GROUP
INSURANCE; and VISKASE COMPANIES, INC.              DEFENDANTS

JUDGMENT

Seals's claims against Life Insurance Company of North America are dismissed with prejudice. Her claims against Cigna Group Insurance and Viskasa Companies, Inc are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 May 2015